IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>MERIT STREET MEDIA, INC., *et al.*,<br><br>Debtor. | Civil Action No. 3:25-cv-3186<br><br>On appeal from the U.S. Bankruptcy Court for the Northern District of Texas<br><br>Bankruptcy Case No. 25-80156-swe11 |
| MERIT STREET MEDIA, INC., *et al.*,<br><br>Appellants,<br><br>v.<br><br>TRINITY BROADCASTING OF TEXAS, INC., *et al.*,<br><br>Appellees. | |

**APPELLANT MERIT STREET MEDIA, INC.'S UNOPPOSED MOTION TO CONSOLIDATE RELATED CASES UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 8003(b)(2)**

Appellant Merit Street Media, Inc. ("MSM") respectfully requests that this Court consolidate this bankruptcy appeal with the related appeal from the same bankruptcy proceedings docketed as *Peteski Productions, Inc. et al. v. Trinity Broadcasting of Texas, Inc. et al.*, Case No. 3:25-cv-03190-L (the "Peteski Case"), also pending before this Court. Appellees Professional Bull Riders, LLC ("PBR") and Trinity Broadcasting Network of Texas, Inc. and TCT Ministries, Inc. (collectively, "Trinity"), who are appellees in both appeals, do not oppose the requested consolidation. Additionally, Peteski Productions, Inc. ("Peteski") and Dr. Phillip C. McGraw

1

("McGraw"), the Appellants in the related appeal, also do not oppose the requested consolidation.

This case is an appeal from the U.S. Bankruptcy Court for the Northern District of Texas's order to convert MSM's chapter 11 case to chapter 7. *In re Media Street Media, Inc.*, Bankr. No. 25-8015600-swe11 (Dkt. 632) (the "Conversion Order"). Peteski and McGraw brought a similar appeal of the Conversion Order, docketed as *Peteski Productions, Inc. et al. v. Trinity Broadcasting of Texas, Inc. et al.*, Case No. 3:25-cv-03190-L. MSM, Peteski, and McGraw filed timely notices of appeal. Bankr. Dkts. 634, 635.

Both appeals are pending before this Court. Under Rule 8003(b)(2) of the Federal Rules of Bankruptcy Procedure, this Court may consolidate the two appeals, which appeal from the same bankruptcy court order, involve many of the same parties, and concern the same set of relevant facts.

MSM therefore respectfully requests that the Court consolidate this bankruptcy appeal, *Merit Street Media, Inc., et al. v. Trinity Broadcasting of Texas, Inc., et al.*, Case No. 3:25-cv-03186-L, with the related bankruptcy appeal docketed as *Peteski Productions, Inc. et al. v. Trinity Broadcasting of Texas, Inc. et al.*, Case No. 3:25-cv-03190-L.

Dated:  December 29, 2025

        */s/ Robert S. Velevis*
SIDLEY AUSTIN LLP
Robert S. Velevis (TX Bar No. 24047032)
Kenneth G. Coffin (TX Bar No. 24076986)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:     (214) 981-3300
Facsimile:      (214) 981-3400
Email:             rvelevis@sidley.com
                       kenneth.coffin@sidley.com

*and*

James W. Ducayet (admitted *pro hac vice*)
Steven E. Sexton (admitted *pro hac vice*)
One South Dearborn
Chicago, Illinois 60603
Telephone:     (312) 853-7000
Facsimile:      (312) 853-7036
Email:             jducayet@sidley.com
                       ssexton@sidley.com

*Attorneys for Appellant Merit Street Media, Inc.*

## Certificate of Service

I certify that on December 29, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States District Court for the Northern District of Texas.

*/s/ Robert S. Velevis*
Robert S. Velevis